```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LESLIE CORRETJER,                   :
                                    :
                Plaintiff,          :      ORDER
                                    :      09 Civ. 4332 (LTS)(MHD)
        -against-                   :
                                    :
CAPTAIN PATTERSON, CORRECTION       :
OFFICER HICKS; JOHN DOE #1;         :
JOHN DOE #2; JOHN DOE #3,           :
                                    :
                Defendants.         :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Plaintiff Leslie Corretjer, presently incarcerated at the Metropolitan Detention Center of Brooklyn, brings this action pro se under 42 U.S.C. § 1983. He alleges that on or about May 2, 2007, Captain Patterson, Correction Officer Hicks, and three unidentified correction officers violated his constitutional rights at Rikers Island.

The Court directs the Corporation Counsel, although not involved in this action presently, to attempt to ascertain the identities and addresses of the John Doe defendants whom plaintiff seeks to assert claims against in his complaint as well as the full names and shield numbers of Captain Patterson and Correction Officer Hicks. See Valentin v. Dinkins, 121 F.3d 72 (2d Cir.

1

1997)(per curiam)(holding that the district court must assist pro se plaintiff in identifying defendants). A copy of the complaint is annexed to this order.

The Corporation Counsel is further directed to report to the plaintiff and the Court on whether the officers can be identified, and, if so, whether Corporation Counsel will accept service on their behalf, by no later than **AUGUST 3, 2009**.

Once informed of the defendants' identities and addresses, plaintiff must file an amended complaint with the Pro Se Clerk of the Court identifying the John Does, Captain Patterson, and Correction Officer Hicks by their proper names and describing what each of them did to violate his legal rights. Once it is filed, the Pro Se Clerk is to supply plaintiff promptly with a summons and other service forms for purposes of allowing him to accomplish service on the defendants.[1] Plaintiff must then complete the United States Marshal Form USM-285 and provide the Marshals with the proper documents, so that they may serve the summonses and amended complaint. Plaintiff is advised to contact the Pro Se Office at (212)805-0175 for further guidance on filing an amended complaint and arranging service.

---

[1] Plaintiff was granted in forma pauperis status by this court on May 1, 2009 and his status remains in effect.

2

**DATED:** New York, New York
July 1, 2009

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been mailed today to:

Leslie Corretjer
ID # 60199-054
MDC-Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

Muriel Goode-Trufant, Esq.
NYC Law Department
100 Church Street
New York, NY 10007

Douglas W. Heim, Esq.
NYC Law Department
100 Church Street
New York, NY 10007

Pro Se Office
United States Courthouse
500 Pearl Street, Room 230
New York, NY 10007